1    **David M. Marco, IL Bar No. 6273315**

2    **SMITHMARCO, P.C.**

3    **205 N. Michigan Ave., Suite 2940**

4    **Chicago, Illinois 60601**

5    **(312) 546-6539**

6    **dmarco@smithmarco.com**

7    **Attorney for Plaintiff,** *Pro Hac Vice*

8

9              **IN THE UNITED STATES DISTRICT COURT**

10             **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12   **BOCKY KITCHIN,**

13                          **Plaintiff,**

14         **v.**                                          **SACV14-00317-CJC (JPRx)**

15

16   **CARRINGTON MORTGAGE SERVICES,**

17   **LLC. & EQUIFAX INFORMATION**

18   **SERVICES, LLC.,**

19                          **Defendants.**

20   <u>**NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES**</u>

21

22       Plaintiff, BOCKY KITCHIN, hereby respectfully apprises this Honorable Court that the

23   parties have negotiated a settlement of the above-captioned matter.  Plaintiff further states as

24   follows:

25       1.    The parties have reached a settlement accord and are currently in the process of

26

27   preparing formal documents necessary to memorialize the pertinent terms and conditions of the

28   parties' settlement agreement.

Notice of Settlement - 1

2.      Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3.      Further, Plaintiff and Defendant have entered into a settlement agreement such that Defendant has agreed to finalize the settlement within 21 days.

4.      In order to ensure that this Court retain jurisdiction to enforce the settlement agreement between the parties, should the need arise, Plaintiff requests that he be granted 30 days within which to file an appropriate stipulation to dismiss this matter with prejudice.

Respectfully submitted,

**BOCKY KITCHIN**

**By:**  ___s/ David M. Marco___

**Attorney for Plaintiff**

**David M. Marco, IL Bar No. 6273315**

**SMITHMARCO, P.C.**

**205 N. Michigan Ave., Suite 2940**

**Chicago, Illinois 60601**

**(312) 546-6539**

**dmarco@smithmarco.com**

**Attorney for Plaintiff-*Pro Hac Vice***

Notice of Settlement - 2

**PROOF OF SERVICE**

I, David M. Marco, declare that I am a resident of the United States and I am employed in Cook County, Illinois. I am over the age of eighteen years and I am not a party to the above-titled action. My business address is 205 North Michigan Avenue, Suite #2940, Chicago, Illinois 60601. On June 17, 2014, I served a copy of the within document:

**PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES**

By transmitting via email the document listed above to the persons at the email addresses set forth below:

Sanford P. Shatz
McGlinchey Stafford
sshatz@mcglinchey.com

Ian Edward Smith
KING & SPALDING LLP
iesmith@kslaw.com

I declare under penalty of perjury that the above is true and correct.

By:  ___s/ David M. Marco___

Attorney for Plaintiff

Notice of Settlement - 3